**Keith Aaron VANN, Plaintiff-Appellant,**

v.

**UNITED STATES of America; Rick Perkins, Defendants-Appellees.**

**No. 17-7642**

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 27, 2018

Keith Aaron Vann, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Aaron Vann appeals the district court's order accepting the magistrate judge's recommendation to grant Defendants summary judgment on Vann's negligence claim, brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b)(1) (2012), and the district court's order denying Vann's Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Vann v. United States,* No. 1:17-cv-01149-HMH (D.S.C. Oct. 31, 2017 & Nov. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*